■ Gustave B. Garfield, Respondent, v. Leo L. Lowy et al., Appellants.— Motion by appellants for a stay, pending appeal, granted on condition that appellants perfect the appeal and be ready to argue or submit it at the January

Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 15, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.